1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KENNETH WAYNE BLANTON,

Plaintiff,

v.

TYSON POGUE, et al.,

Defendants.

1:25-cv-01083-EPG (PC)

ORDER TO SUBMIT APPLICATION
TO PROCEED *IN FORMA PAUPERIS*
OR PAY FILING FEE WITHIN 45 DAYS

Plaintiff is confined at the Madera County Jail and is proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  __**August 28, 2025**__                     ___/s/ Erica P. Grosjean___
                                                                    UNITED STATES MAGISTRATE JUDGE