1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KENNETH WAYNE BLANTON,<br><br>Plaintiff,<br><br>v.<br><br>HENRY D. FAJARDO,<br><br>Defendant. | Case No. 1:25-cv-01083-EPG (PC)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(ECF No. 1) |

Plaintiff Kenneth Wayne Blanton is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 16, 2025, the Court ordered that this case proceed on Plaintiff's claim that Defendant Fajardo violated Plaintiff's Fourteenth Amendment right to adequate medical care concerning the incident where Defendant Fajardo broke Plaintiff's tooth. (ECF No. 9, p. 5). Additionally, the Court noted that it would authorize service on Defendant. (*Id.*).

Accordingly, IT IS ORDERED that:

1. Service of Plaintiff's amended complaint (ECF No. 8), filed on October 10, 2025, is
   appropriate for the following Defendant:

   a. **Henry Fajardo, who was employed as the Facilities Dentist at the Madera**

1

*County Jail on or around July 18, 2025.*

2. The Clerk of Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the amended complaint. (ECF No. 8).

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. A completed USM-285 form for Defendant;

    b. One (1) completed summons for Defendant along with one (1) copy of the summons; and

    c. Three (3) copies of the amended complaint. (ECF No. 8).

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>Failure to comply with this order may result in the dismissal of this action.</u>

IT IS SO ORDERED.

Dated:    **October 17, 2025**

/s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

2