UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE BLANTON,<br><br>      Plaintiff,<br><br>  v.<br><br>HENRY FAJARDO,<br><br>      Defendant. | Case No. 1:25-cv-01083-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED, WITHOUT PREJUDICE, FOR FAILURE TO COMPLY WITH COURT ORDERS AND TO PROSECUTE THIS CASE<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Kenneth Wayne Blanton is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.[1] The case proceeds on Plaintiff's claim that Defendant Fajardo violated Plaintiff's Fourteenth Amendment right to adequate medical care concerning the incident where Defendant Fajardo broke Plaintiff's tooth. (ECF No. 9, p. 5).

On March 12, 2026, the Court ordered the parties to file Scheduling and Discovery Statements within thirty days. (ECF No. 21). On April 6, 2026, Plaintiff filed a motion for a sixty-day stay of the case. (ECF No. 23). The Court granted the motion to the extent that it extended the deadlines for both parties to file a Scheduling and Discovery Statement to May

---

[1] All parties have consented to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. 636(c)(1). Accordingly, this action has been authorized to proceed before the assigned United States Magistrate Judge for all further proceedings including trial and entry of judgment. (ECF No. 19).

26, 2026. (ECF No. 24). The Court stated "[n]o further extensions will be granted of this deadline" and declined to enter a formal stay of the case. (*Id.*).

Defendant filed his statement on May 22, 2026, but to date, Plaintiff has not filed his Scheduling and Discovery Statement, and the time to do so has passed.

Accordingly, the Court will order Plaintiff to show cause as to why this action should not be dismissed, without prejudice, for failure to comply with court orders and to prosecute this case.  If, in response, Plaintiff files his Scheduling and Discovery Statement, the Court will discharge this order to show cause.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.  Plaintiff has twenty-one days from the date of service of this order to show cause as to why this action should not be dismissed, without prejudice, for failure to comply with court orders and to prosecute this case.  If, in response, Plaintiff files his Scheduling and Discovery Statement, the Court will discharge this order to show cause.

2.  If Plaintiff fails to file a response to this order, the Court will dismiss this action.

IT IS SO ORDERED.

Dated:    **June 11, 2026**                    /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE