**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH WAYNE BLANTON,<br>Plaintiff,<br>v.<br>HENRY FAJARDO,<br>Defendant. | Case No. 1:25-cv-1083 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 30) |

Kenneth Blanton asserts that Henry Fajardo, the facilities dentist at the Madera County Jail, violated his right to adequate medical care under the Fourteenth Amendment. (*See generally* Doc. 8.) The Court ordered the parties to file Scheduling and Discovery Statements no later than May 26, 2026. (Doc. 24.) After Plaintiff failed to file his statement, the Court ordered him to show cause why the action should not be dismissed. (Doc. 28.) Plaintiff did not respond to the order or otherwise communicate with the Court.

The magistrate judge found Plaintiff failed to obey this Court's orders and failed to prosecute this case, and terminating sanctions were appropriate for these failures. (Doc. 30 at 2-4.) Therefore, the magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 4.) The Court served these Findings and Recommendations on Plaintiff and notified him that any objections were due within 30 days. (*Id.*) The Court advised him that the "failure to file objections within the specified time may result in the waiver certain rights on appeal." (*Id.*, citing

*Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 28, 2026 (Doc. 30) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice for Plaintiff's failure to prosecute this case and failure to comply with the Court's orders.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 8, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE